COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-13-00757-CV

Style:      Margaret C. Richardson, as Trustee of the H. and M. Richardson Revocable Survivor's Trust, Derivatively on Behalf of Transocean, Ltd.

**v.** Steven L. Newman, Adrian P. Rose, W. Richard Anderson, Thomas W. Cason, Richard L. George, Victor E. Grijalva, Martin B. McNamara, Edward R. Muller, Robert M. Sprague, Ian C. Strachan, J. Michael Talbert, and John L. Whitmire

Date motions filed[*]:      January 22, 2014

Type of motions:      Unopposed motion for pro hac vice admission; Motion in support of John W. Spiegel's unopposed motion for pro hac vice admission

Party filing motions:      John W. Spiegel; Appellees

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:

     Original due date:

     Number of previous extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

     ☑   Granted

         If document is to be filed, document due:

         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature:    /s/ <u>Justice Michael Massengale</u>
                ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: January 28, 2014

November 7, 2008 Revision